**Dennis Lee BARNES, Plaintiff—Appellant,**

v.

**Larry HUFFMAN; A. David Robinson; Randy Fleenor; Sergeant Young; Investigator Still; P. Scarberry, Institutional Food Service Director at WRSP; A. Schupe; J. Salyer, Institutional recreational supervisor at WRSP; B.J. Ravizee, Institutional grievance coordinator at WRSP, Defendants—Appellees.**

No. 08–6115.

United States Court of Appeals, Fourth Circuit.

Submitted: April 24, 2008.

Decided: April 29, 2008.

Dennis Lee Barnes, Appellant Pro Se. Susan Bland Curwood, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before KING and SHEDD, Circuit Judges, and WILKINS, Senior Circuit Judge.

PER CURIAM:

Dennis Lee Barnes appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Barnes v. Huffman,* No. 7:06–cv–00745–gec–mfu, 2007 WL 3339311 (W.D. Va. filed Nov. 6, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*